KENNETH H. YOON (State Bar No. 198443)
kyoon@yoonlaw.com
STEPHANIE E. YASUDA (State Bar No. 265480)
syasuda@yoonlaw.com
BRIAN G. LEE (State Bar No. 300990)
blee@yoonlaw.com
**YOON LAW, APC**
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Attorneys for Plaintiff Kevin Johnson

AKIN GUMP STRAUSS HAUER & FELD LLP
MICHAEL J. STORTZ (SBN 139386)
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Email:        mstortz@akingump.com
Telephone:    415.765.9500
Facsimile:    415.765.9501

AKIN GUMP STRAUSS HAUER & FELD LLP
SHELLY A. KIM (SBN 322231)
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067
Email:        shelly.kim@akingump.com
Telephone:    310.229.1000
Facsimile:    310.229.1001

Attorneys for Defendant Walmart Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JOHNSON, individually and on behalf of all others similarly situated;<br><br>          Plaintiff,<br>     v.<br><br>WALMART INC.,<br><br>          Defendant. | Case No.: 1:20-cv-01360-DAD-JLT<br><br>**JOINT STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>**(Doc. 15)** |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Kevin Johnson ("Plaintiff") and Defendant Wal-Mart Inc. ("Defendant"), by and through their respective attorneys of record, as follows:

WHEREAS, Plaintiff commenced the instant action on September 23, 2020;

WHEREAS, on November 5, 2020, Plaintiff filed his First Amended Complaint which added his request for monetary damages under the Consumers Legal Remedies Act (Cal. Civ. Code § 1750, *et seq.*);

WHEREAS, on November 18, 2020, Magistrate Judge Thurston granted Defendant's First Application for Extension of Time to Respond to the First Amended Complaint, setting Defendant's responsive pleading deadline on December 8, 2020;

WHEREAS, following multiple meet and confer discussions regarding a potential Rule 12(b)(6) motion, Plaintiff has prepared a Second Amended Complaint attached hereto as Exhibit A (a redlined version of the Second Amended Complaint is attached hereto as Exhibit B) which adds additional factual allegations and streamlines the asserted causes of actions;

WHEREAS, the Second Amended Complaint completely resolves some, but not necessarily all, of the bases for Defendant's 12(b)(6) motion, and thereby serves to significantly reduce the areas of disagreement;

WHEREAS, Defendant agrees to Plaintiff's filing of the Second Amended Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that Plaintiff shall, subject to Court approval, file and serve his Second Amended Complaint within seven (7) days of the Court's order.

SO STIPULATED.

JOINT STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

| | |
|---|---|
| 1    Date: December __, 2020 | YOON LAW, APC |
| | |
| | _____ |
| | Kenneth H. Yoon |
| | Attorneys for Plaintiff Kevin Johnson |
| | |
| 7    Date: December 3, 2020 | AKIN GUMP STRAUSS HAUER & FELD, LLP |
| | |
| | *[signature]* |
| | _____ |
| | Michael J. Stortz |
| | Attorneys for Defendant Walmart Inc. |

2
JOINT STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

## [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation, the Court makes the following Order: Plaintiff shall file and serve his Second Amended Complaint within seven days of the entry of this order.

IT IS SO ORDERED.

Dated: __December 3, 2020__           ____/s/ Jennifer L. Thurston____
                                      UNITED STATES MAGISTRATE JUDGE