**AKIN GUMP STRAUSS HAUER & FELD LLP**
MICHAEL J. STORTZ (SBN 139386)
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Email:        mstortz@akingump.com
Telephone:    415.765.9500
Facsimile:    415.765.9501

**AKIN GUMP STRAUSS HAUER & FELD LLP**
SHELLY A. KIM (SBN 322231)
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  990067-6022
Email:        shelly.kim@akingump.com
Telephone:    310.229.1000
Facsimile:    310.229.1001

Attorneys for Defendant
WALMART INC.

KENNETH H. YOON (State Bar No. 198443)
kyoon@yoonlaw.com
STEPHANIE E. YASUDA (State Bar No. 265480)
syasuda@yoonlaw.com
BRIAN G. LEE (State Bar No. 300990)
blee@yoonlaw.com
**YOON LAW, APC**
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Attorneys for Plaintiff Kevin Johnson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KEVIN JOHNSON, individually and on behalf of all others similarly situated<br><br>            Plaintiff,<br><br>   v.<br><br>WALMART INC.,<br><br>            Defendant. | Case No. 1:20-cv-01360-DAD-JLT<br><br>Honorable Dale A. Drozd<br><br>**STIPULATION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION TO COMPEL ARBITRATION** |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Kevin Johnson ("Plaintiff") and Defendant Walmart Inc. ("Defendant"), by and through their respective attorneys of record, as follows:

WHEREAS, Plaintiff commenced the instant action on September 23, 2020;

WHEREAS, on December 14, 2020, Plaintiff filed his Second Amended Complaint (ECF No. 19), which included new factual allegations regarding Plaintiff's alleged purchase of tires and tire services from Defendant, which are at issue in this matter;

WHEREAS, on December 28, 2020, Defendant filed a Motion to Compel Arbitration and to Dismiss or Stay (ECF No. 20), which seeks to compel Plaintiff to arbitrate his claims on an individual basis, and if such motion is granted, also moves the Court to dismiss this action or stay the proceedings while arbitration is ongoing;

WHEREAS, Defendant's Motion to Compel Arbitration and to Dismiss or Stay has been noticed for hearing on February 2, 2021;

WHEREAS, the United States District Court for the Eastern District of California is in the midst of a judicial emergency that has severely constrained available judicial resources;

WHEREAS, on September 25, 2020, this Court issued a Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California (ECF No. 4-3), recognizing that in light of the judicial emergency, "the shortfall in judicial resources will seriously hinder the administration of justice throughout this district, but the impact will be particularly acute in Fresno" where this matter is pending;

WHEREAS, on December 7, 2020, "[i]n light of the current posture" of the case, the Court continued the Initial Scheduling Conference in this matter until February 16, 2021 (ECF No. 18), and no case management deadlines or trial dates have been set;

WHEREAS, the Parties anticipate that discovery in this matter may be substantial and would require attention from the Court while Defendant's Motion to Compel Arbitration and to Dismiss or Stay is pending;

WHEREAS, Plaintiff and Defendant agree that the ongoing judicial emergency warrants a stay of discovery and other case proceedings pending resolution of Defendant's Motion to Compel Arbitration and to Dismiss or Stay;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, subject to the Court's approval, that all discovery shall be stayed in this matter pending final resolution of Defendant's Motion to Compel Arbitration and to Dismiss or Stay.   In addition, all case proceedings including the Initial Scheduling Conference currently scheduled for February 16, 2021, shall be continued until no earlier than fifteen (15) calendar days after final resolution of Defendant's Motion to Compel Arbitration and to Dismiss or Stay.

SO STIPULATED.

Dated:  January 6, 2021           YOON LAW, APC


                                  By  /s/ Brian G. Lee (as authorized on Jan. 5, 2021)
                                          Brian G. Lee

                                  Attorneys for Plaintiff Kevin Johnson

Dated:  January 6, 2021           AKIN GUMP STRAUSS HAUER & FELD LLP


                                  By  /s/ Michael J. Stortz
                                          Michael J. Stortz

                                  Attorneys for WALMART INC.

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, the Court **ORDERS:**

1. No discovery may occur until the Court[1] conducts the scheduling conference and issues a scheduling order.

IT IS SO ORDERED.

Dated:   **January 6, 2021**          /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The Court does not intend, at this time, to schedule the case until the motion to remand is determined. However, it declines to vacate the conference, because it is concerned that the matter may be overlooked otherwise. Rather, it will continue the conference sua sponte, as needed.