**AKIN GUMP STRAUSS HAUER & FELD LLP**
MICHAEL J. STORTZ (SBN 139386)
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Email:          mstortz@akingump.com
Telephone:      415.765.9500
Facsimile:      415.765.9501

**AKIN GUMP STRAUSS HAUER & FELD LLP**
SHELLY A. KIM (SBN 322231)
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  990067-6022
Email:          shelly.kim@akingump.com
Telephone:      310.229.1000
Facsimile:      310.229.1001

Attorneys for Defendant
WALMART INC.


KENNETH H. YOON (State Bar No. 198443)
kyoon@yoonlaw.com
STEPHANIE E. YASUDA (State Bar No. 265480)
syasuda@yoonlaw.com
**YOON LAW, APC**
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Attorneys for Plaintiff Kevin Johnson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KEVIN JOHNSON, individually and on behalf of all others similarly situated<br><br>              Plaintiff,<br><br>      v.<br><br>WALMART INC.,<br><br>              Defendant. | Case No. 1:20-cv-01360-DAD-JLT<br><br>**STIPULATION TO STAY ACTION PENDING APPEAL; [PROPOSED] ORDER**<br><br>(Doc. 38) |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Kevin Johnson ("Plaintiff") and Defendant Walmart Inc. ("Defendant") (together, the "Parties"), through their respective attorneys of record, as follows:

WHEREAS, Plaintiff commenced the instant action on September 23, 2020;

WHEREAS, on December 11, 2020, Plaintiff filed his Second Amended Complaint (ECF No. 19);

WHEREAS, on December 28, 2020, Defendant filed its Motion to Compel Arbitration and to Dismiss or Stay this action (ECF No. 20) ("Motion");

WHEREAS, on February 4, 2021, the Court granted the Parties' stipulation to stay discovery pending final resolution of the Motion (ECF No. 23);

WHEREAS, the Court denied the Motion by order dated July 30, 2021 (ECF No. 31) ("Denial Order");

WHEREAS, on August 25, 2021, Defendant timely filed its notice of appeal of the Denial Order (ECF No. 33);

WHEREAS, by minute order dated August 26, 2021 (ECF No. 34), the Court directed the Parties to file a stipulation to stay the action pending resolution of the appeal, or submit briefs addressing whether the action should be stayed, and vacated the date for the initial scheduling conference; and

WHEREAS, the Parties agree that this action should be stayed pending final resolution of the appeal, insofar as: (a) the appeal will present serious legal questions, including whether Plaintiff's claims are within the scope of the arbitration provision; (b) Defendant will suffer irreparable injury absent a stay pending appeal; (c) the balance of hardships for Plaintiff is mixed; and (d) the public interest, including the preservation of judicial resources, warrants a stay pending appeal (*see Hansen v. Rock Holdings, Inc.*, No. 2:19-cv-00179, 2020 WL3867652 (E.D. Cal. Jul. 9, 2020) (citing *Nken v. Holder*, 556 U.S. 418, 434 (2009) (setting forth standard for stay pending appeal of order denying motion to compel arbitration)).

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that this action shall be stayed in its entirety pending final resolution of Defendant's appeal.

IT IS SO STIPULATED.

Dated: September 1, 2021     YOON LAW, APC

By  */s/ Kenneth H. Yoon*
　　　　　　　　Kenneth H. Yoon

Attorneys for Plaintiff Kevin Johnson

Dated: September 1, 2021     AKIN GUMP STRAUSS HAUER & FELD LLP

By  */s/ Michael J. Stortz*
　　　　　　　　Michael J. Stortz

Attorneys for WALMART INC.

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, and for good cause shown, the Court **ORDERS**:

1. This action is **STAYED** in its entirety pending final resolution of Defendant's appeal.

2. **Within 14 days** of the Court of Appeals issuing a decision on the appeal, the parties **SHALL** file a joint statement setting forth the status of the matter.

IT IS SO ORDERED.

Dated:   **September 1, 2021**              _____ /s/ Jennifer L. Thurston
                                              CHIEF UNITED STATES MAGISTRATE JUDGE