UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>WALMART, INC.<br><br>        Defendant. | Case No. 1:20-cv-01360-ADA-CDB<br><br>ORDER ON STIPULATION EXTENDING THE RESPONSIVE PLEADING DEADLINE AND ORDER LIFTING STAY<br><br>(Docs. 40, 48) |

    Plaintiff Kevin Johnson ("Plaintiff") filed a complaint against Defendant Walmart, Inc. ("Defendant") on September 23, 2020, and the operative, second amended complaint (SAC) on December 11, 2020. (Docs. 1, 19). Shortly after the filing of the SAC, Defendant filed a motion to compel arbitration and to dismiss or stay. (Doc. 20). On July 30, 2021, the Honorable District Judge Dale A. Drozd denied Defendant's motion to compel arbitration. (Doc. 31).

    Defendant filed a notice of appeal on August 25, 2021. (Doc. 33). On September 1, 2021, the Honorable Magistrate Judge Jennifer L. Thurston stayed this action in its entirety on the parties' stipulation pending final resolution of Defendant's appeal. (Doc. 40). On February 1, 2023, the Ninth Circuit Court of Appeals issued its formal mandate, returning jurisdiction to this Court. (Doc. 45).

    Pending before the Court is the parties' stipulation seeking an extension in the time for Defendant to file a responsive pleading. (Doc. 48).  For good cause appearing, IT IS HEREBY

ORDERED:

1. Pursuant to Fed. R. Civ. P. 15(a)(3), Defendant's responsive pleading deadline shall be extended by sixty days to April 16, 2023;
2. Unless Defendant's responsive pleading is a motion pursuant to Fed. R. Civ. P. 12(b), the parties shall meet and confer and within 14 days of the filing of Defendant's responsive pleading, file a stipulation to reset the scheduling conference in which the parties identify dates of mutual availability to appear for the conference; and
3. The stay of this action (Doc. 40) is lifted except that the parties may not engage in discovery until the Court enters a scheduling order.  (*See* Doc. 23).

IT IS SO ORDERED.

Dated:   **February 14, 2023**

UNITED STATES MAGISTRATE JUDGE