UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>WALMART, INC.,<br><br>          Defendant. | Case No. 1:20-cv-01360-ADA-CDB<br><br>ORDER GRANTING APPLICATION OF VERONICA G. GROMADA TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 61) |

The Court has read and considered the application of Veronica G. Gromada, attorney for Defendant Walmart, Inc., for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 61). In light of the application and for good cause appearing, Veronica G. Gromada's application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **July 28, 2023**                                     _____
                                                                                   UNITED STATES MAGISTRATE JUDGE